NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSEM ABULKHAIR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY et al.,<br><br>　　　　　Defendants. | Civil Action No.: 10-146 (JLL)<br><br>**ORDER** |

Currently before this Court is Plaintiff's application to file a Complaint without the prepayment of fees pursuant to 28 U.S.C. § 1915. For the reasons set forth in this Court's corresponding Opinion,

It is on this 8th day of February, 2010,

**ORDERED** that Plaintiff's application to proceed in forma pauperis is GRANTED; and it is further

**ORDERED** that the Clerk of the Court shall file the Complaint without the prepayment of the filing fee; and it is further

**ORDERED** that the Complaint in this matter is dismissed with prejudice; and it is further

**ORDERED** that Plaintiff shall show cause, in writing within twenty (20) days of the date of this order, why the following restriction on future filings shall not be imposed against him:

> Assem Abulkhair shall not file any action related to his accident involving an uninsured motorist, his insurance coverage related to the accident, or his representation related to the accident without first certifying: (1) that this court has

jurisdiction over the claims–by either stating a federal claim, not merely listing federal statutes, or by alleging facts regarding the state residency of all parties which demonstrate that complete diversity exists, (2) that the claims he wishes to present are new claims never before raised and disposed of on the merits by any federal court, (3) that he believes the facts alleged in his complaint to be true, and (4) that he knows of no reason to believe his claims are foreclosed by controlling law or prior decisions of this or another court.  Failure to so certify any complaint filed in the future or upon the filing of a false certification will be grounds for denial of the application to file and may subject Mr. Abulkhair to a contempt proceeding and appropriate sanctions.  Finally, any future filing subject to this restriction shall be captioned: "Application Pursuant to Court Order Seeking Leave to File."

**IT IS SO ORDERED.**

JOSÉ L. LINARES,
UNITED STATES DISTRICT JUDGE